AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

EASTERN  DISTRICT OF  MICHIGAN

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,
        Plaintiff,

V.

BURLINGTON COAT FACTORY,
et al,
        Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: 98-75645

x ☒ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that judgment be and hereby is entered in favor of the defendant for no cause of action.

The above case is DISMISSED.

December 14, 2000          DAVID WEAVER
Date          Clerk

         (By) Deputy Clerk    JUDY CASSADY